# United States District Court
# Central District of California

| | |
|---|---|
| LARRY DODSON,<br><br>             Plaintiff,<br><br>     v.<br><br>CBC INNOVIS, INC.; and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>             Defendants. | Case No. 8:16-cv-0809-ODW(SSx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT AND DENYING DEFENDANT'S MOTION AS MOOT [16]** |

Defendant CBC Innovis, Inc. recently informed the Court that it settled its dispute with Plaintiff. As a result, the Court hereby **ORDERS** Plaintiff and Defendant CBC Innovis, Inc. to **TO SHOW CAUSE**, in writing, **no later than October 17, 2016**, why settlement has not been finalized. No hearing will be held. Defendant CBC Innovis, Inc.'s Motion to Dismiss is **DENIED AS MOOT**. (ECF No. 16.) Defendant's The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 15, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**